■ In the Matter of LIZZIE BUTLER-MOORE, Appellant, v NELSON C. BUTLER, Respondent. [50 NYS3d 887]—Appeal by the petitioner from an order of the Family Court, Kings County (Maria Arias, J.), dated April 15, 2016. The order, after a hearing, in effect, denied the petition and dismissed the proceeding.

Ordered that the order is affirmed, without costs or disbursements.

The petitioner commenced this proceeding pursuant to Family Court Act article 8 alleging that the respondent, her son, committed various family offenses against her. After a hearing, the Family Court, in effect, denied the petition and dismissed the proceeding.

At a fact-finding hearing to determine whether a family offense has been committed, the petitioner has the burden of establishing, by a preponderance of the evidence, that the

charged conduct was committed as alleged in the petition (*see* Family Ct Act § 832; *Matter of Batista v Iqbal*, 128 AD3d 1063 [2015]; *Matter of Cole v Muirhead*, 125 AD3d 964 [2015]; *Matter of Cassie v Cassie*, 109 AD3d 337, 340 [2013]). Here, the petitioner failed to establish, by a fair preponderance of the evidence, that the respondent committed any of the family offenses alleged in the petition (*see Matter of Johnson v Johnson*, 146 AD3d 954 [2017]; *Matter of Davis v Wright*, 140 AD3d 753, 754 [2016]; *Matter of Batista v Iqbal*, 128 AD3d at 1063-1064; *Matter of Bah v Bah*, 112 AD3d 921, 922 [2013]). Accordingly, the Family Court properly, in effect, denied the petition and dismissed the proceeding. Leventhal, J.P., Hinds-Radix, LaSalle and Brathwaite Nelson, JJ., concur.